# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>**Troy Lee Wooley**<br><br>*Defendant(s)* | Case No.  3:24-mj-48 |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 2023 - March 2024** in the county of **Lincoln** in the **_____** District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Transportation of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit by HSI Special Agent Clinton Lindsly

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Clinton Lindsly, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **8:35** a.m.☒p.m.

Date: **March 14, 2024**

*Jolie A. Russo*
*Judge's signature*

City and state: **Portland, Oregon**      Hon. Jolie A. Russo, United States Magistrate Judge
*Printed name and title*